HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, as Assignee of SMART CIRCLE INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Defendant. | No. 2:20-cv-00154-MJP<br><br>ORDER GRANTING PARTIES' SECOND STIPULATION TO CONTINUE INITIAL DISCLOSURES, JOINT STATUS REPORT AND DISCOVERY PLAN DEADLINES |

## I.   ORDER

Based upon the Parties' Second Stipulation to Continue Initial Disclosures, Joint Status Report and Discovery Plan Deadlines and the records and filings herein as follows:

| Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement | Current Deadline | Proposed Deadline |
|---|---|---|
| FRCP 26(f) Conference | May 29, 2020 | July 28, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | June 5, 2020 | August 4, 2020 |
| Combined Joint Status Report and Discovery Plan pursuant to FCRP 26(f) and LCR 26(f) | June 12, 2020 | August 11, 2020 |

It is ordered that the Parties' Second Stipulation to Continue Initial Disclosures, Joint Status Report and Discovery Plan Deadlines is hereby GRANTED.

Dated: _June 2, 2020_

_____
Marsha J. Pechman
United States Senior District Judge