HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, as Assignee of SMART CIRCLE INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Defendant. | No. 2:20-cv-00154-MJP<br><br>ORDER GRANTING PARTIES' STIPULATION TO CONTINUE FRCP 26(a)(1) INITIAL DISCLOSURES DEADLINE FOR 30 DAYS |

## I. ORDER

Based upon the Parties' Stipulation to Continue the FRCP 26(a)(1) Initial Disclosures Deadline by an additional thirty (30) days, from August 4, 2020 to September 3, 2020,

IT IS ORDERED that the Parties' Stipulation to Continue FRCP 26(a)(1) Initial Disclosures Deadline for thirty (30) days to September 3, 2020 is hereby GRANTED.

Dated: August 10, 2020

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge