Honorable Marsha J. Pechman

Joanne Thomas Blackburn
jblackburn@GillaspyRhode.com
Gillaspy & Rhode
821 Kirkland Avenue, Suite 200
Kirkland, WA 98033
Tel: (425) 646-2956
Attorneys for Defendant Foremost Insurance Company

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, as Assignee of SMART CIRCLE INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Defendant. | NO. 2:20-cv-00154-MJP<br><br>PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN FOR 7 DAYS |

## STIPULATION

Plaintiff, Allied World National Assurance Company as assignee of Smart Circle International, LLC ("Allied"), and Defendant, Foremost Insurance Company Grand Rapids, Michigan ("Foremost"), by and through their respective counsel, hereby stipulate to and

PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN FOR 7 DAYS - 1

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

respectfully request the Court enter an order continuing the FRCP 26(f) Combined Joint Initial Status Report by an additional seven (7) days, to August 18, 2020.

Dated: August 11, 2020

Respectfully Submitted,

**ALLIED WORLD NATIONAL ASSURANCE COMPANY**

By: *s/ Stephanie Andersen*
Stephanie Andersen, WSBA No. 22250
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
Tel.: 206-689-8500
Fax: 206-689-8501
SAndersen@FoUm.law

and

Ian A. Cooper
William O. Williams
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 South Wacker, Suite 2100
Chicago, IL 60606
Tel.: 312-585-1400
Fax: 312-585-1401
rmarshall@nicolaidesllp.com
icooper@nicolaidesllp.com
wwilliams@nicolaidesllp.com

**FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN**

By: _____
Ms. Joanne T. Blackburn WSBA No. 21541
GILLASPY & RHODE, PLLC
821 Kirkland Ave., Suite 200

PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN FOR 7 DAYS - 2

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

Kirkland, WA 98033
Tel: 425-646-2956
Fax: 425-462-4995
jblackburn@gillaspyrhode.com

PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN FOR 7 DAYS - 3

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephanie Andersen
FORSBERG & UMLAUF, P.S.
901 5th Ave., Suite 1400
Seattle, WA 98164
Tel: (206) 689-8500
sandersen@foum.law
*Attorneys for Plaintiff*

Robert S. Marshall
Ian A. Cooper
William O. Williams
NICOLAIDES FINK THORPE
NICHAELIDES SILLVAN LLP
10 S. Wacker, Suite 2100
Chicago, IL 60606
Tel: (312) 585-1400
rmarshall@nicolaidesllp.com
icooper@nicolaidesllp.com
wwilliams@nicolaidesllp.com
*Attorneys for Plaintiff*

Dated this 11th day of August, 2020.

/s/ Rebecca SaeChao
Rebecca SaeChao

PARTIES' STIPULATION TO CONTINUE FRCP 26(F)
COMBINED JOINT INITIAL STATUS REPORT AND
DISCOVERY PLAN FOR 7 DAYS - 4

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

Honorable Marsha J. Pechman

Joanne Thomas Blackburn
jblackburn@GillaspyRhode.com
Gillaspy & Rhode
821 Kirkland Avenue, Suite 200
Kirkland, WA 98033
Tel: (425) 646-2956
Attorneys for Defendant Foremost Insurance Company

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY, as Assignee of SMART CIRCLE INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>Defendant. | NO. 2:20-cv-00154-MJP<br><br>ORDER GRANTING PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN DEADLINE FOR 7 DAYS |

## I. ORDER

Based upon the Parties' Stipulation to Continue the FRCP 26(f) Combined Joint Initial Status Report and Discovery Plan Deadline by an additional seven (7) days, from August 11, 2020 to August 18, 2020.

/ / /

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN DEADLINE FOR 7 DAYS - 1

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

It is ORDERED that the Parties' Stipulation to Continue FRCP 26(f) Combined Joint Initial Status Report and Discovery Plan Deadline for seven (7) days to August 18, 2020 is hereby GRANTED.

Dated: _____August 18, 2020_____

                                              /s/ Marsha J. Pechman
                                              Honorable Marsha J. Pechman

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN DEADLINE FOR 7 DAYS - 2

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Stephanie Andersen<br>FORSBERG & UMLAUF, P.S.<br>901 5th Ave., Suite 1400<br>Seattle, WA 98164<br>Tel: (206) 689-8500<br>sandersen@foum.law<br>*Attorneys for Plaintiff* | Robert S. Marshall<br>Ian A. Cooper<br>William O. Williams<br>NICOLAIDES FINK THORPE<br>NICHAELIDES SILLVAN LLP<br>10 S. Wacker, Suite 2100<br>Chicago, IL 60606<br>Tel: (312) 585-1400<br>rmarshall@nicolaidesllp.com<br>icooper@nicolaidesllp.com<br>wwilliams@nicolaidesllp.com<br>*Attorneys for Plaintiff* |

Dated this <u>11th</u> day of August, 2020.

      /s/ Rebecca SaeChao
      Rebecca SaeChao

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO CONTINUE FRCP 26(F) COMBINED JOINT INITIAL STATUS REPORT AND DISCOVERY PLAN DEADLINE FOR 7 DAYS - 3

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956  Fax (425) 462-4995