UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLIED WORLD NATIONAL
ASSURANCE COMPANY,

                    Plaintiff,

        v.

FOREMOST INSURANCE
COMPANY,

CASE NO. C20-154 MJP

ORDER ON MOTION FOR
PROTECTIVE ORDER

The above-entitled Court, having received and reviewed:

1.  Defendant's Motion for a Protective Order (Dkt. No. 26),

2.  Plaintiff's Opposition to Motion for a Protective Order (Dkt. No. 29),

3.  Defendant's Reply in Support of Motion for a Protective Order (Dkt. No. 33),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

        IT IS ORDERED that the motion is DENIED.

        Defendant's subjective belief that Plaintiff's claims have "no merit" is not grounds for an

order which forecloses Plaintiff from discovery to which it is entitled.  Defendant fails to

1    establish the "good cause" which is the foundational requirement for entitlement to a protective

2    order.  Even if Defendant could establish good cause, the balance of the parties' interests weigh

3    in favor of Plaintiff's right to discovery rather than Defendant's request to avoid its discovery

4    obligations pending a resolution of its summary judgment motion.

5          The clerk is ordered to provide copies of this order to all counsel.

6    Dated August 31, 2020.

7

8          Marsha J. Pechman
           United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION FOR PROTECTIVE ORDER - 2