UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>FOREMOST INSURANCE COMPANY, | CASE NO. C20-154 MJP<br><br>ORDER DENYING STIPULATED MOTION TO MOVE DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Move Deadlines. (Dkt. No. 75.) Having reviewed the Motion and the relevant record, the Court DENIES the Motion.

The Parties must demonstrate good cause in order for the Court to amend the case schedule. Fed. R. Civ. P. 16(b)(4). Rule 16's "good cause" standard "primarily considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The Parties request an extension solely to accommodate a mediation that they have scheduled on April 15, 2021. The Parties are not required to mediate and have not

explained why the mediation could not be scheduled earlier. Absent extraordinary circumstances, the Court does not extend case deadlines to accommodate voluntary mediations. Nor does the scheduling of a mediation in April explain the necessity of the Parties' lengthy proposed extensions of the current deadlines. The Court finds no good cause to justify the extensions and DENIES the Motion without prejudice.

The Court also notes that the Parties' proposed new case deadlines are impractical. They do not provide the Court with sufficient time between the date of filing of dispositive motions and the current trial date. Should the Parties submit a renewed request to extend the case deadlines they must afford at least 3 months between the filing of motions for summary judgment and the trial date. And the Parties should be aware that the Court's next available trial dates are late April 2022.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 15, 2021.

Marsha J. Pechman
United States District Judge