UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C20-154 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

This matter comes before the Court on the Parties' Stipulated Motion to Extend Dates (Dkt. No. 77), on which the Court heard argument on March 19, 2021. As discussed at the hearing, the Court suspends the current discovery deadlines until the parties conduct their mediation set for April 15, 2021. If the mediation does not resolve this matter, then within 3 business days of the mediation the Parties are directed to file a joint status report with the Court proposing a schedule for the remaining case deadlines and trial date. The Parties must bear in

MINUTE ORDER - 1

1   mind that the Court's soonest available trial dates are in late April 2022. This resolves the

2   pending Motion (Dkt. No. 77).

3         The clerk is ordered to provide copies of this order to all counsel.

4         Filed March 19, 2021.

                              William M. McCool
                              Clerk of Court

                              s/Paula McNabb
                              Deputy Clerk