# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| ALLIED WORLD NATIONAL ASSURANCE COMPANY, | CASE NO. C20-154 MJP |
|---|---|
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| FOREMOST INSURANCE COMPANY, | |
| Defendant. | |

The Court having been notified of the settlement of this case (Dkt. No. 80), and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated April 28, 2021.

Marsha J. Pechman
United States Senior District Judge